**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00177-CMA-CBS

NERY CASTRO,
SILVIA ARIAS,
MARINO ARIAS, and
ALAN TORRES-PEGUERO,

    Plaintiffs,

v.

OMNI HOTELS MANAGEMENT CORPORATION, a Delaware corporation,
   d/b/a "OMNI INTERLOCKEN RESORT,"

    Defendant.

## ORDER TO ADMINISTRATIVELY CLOSE IN LIGHT OF PENDING ARBITRATION

This matter is before the Court on the Parties' Stipulated Motion to Stay Judicial Proceedings Pending Arbitration (Doc. # 9). The Court, having reviewed the file, finds that rather than leaving this case open for possibly months pending arbitration, this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown. Accordingly, it is

ORDERED that the Clerk of the Court shall ADMINISTRATIVELY CLOSE this action pursuant to D.C.COLO.LCivR 41.2. It is

FURTHER ORDERED that the parties shall have leave to file a request to reopen within 14 days of the entry of the arbitrator's order in the arbitration.

DATED this   29th   day of March, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge