**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 11-cv-00177-CMA-CBS

NERY CASTRO,
SILVIA ARIAS,
MARINO ARIAS, and
ALAN TORRES-PEGUERO,

    Plaintiffs,

v.

OMNI HOTELS MANAGEMENT CORPORATION, a Delaware corporation,
   d/b/a "OMNI INTERLOCKEN RESORT,"

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Upon consideration of Defendant's Motion to Dismiss (Doc. # 18) based on the parties' settlement agreement, the Motion is GRANTED. Accordingly, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear his, her or its own costs and attorneys' fees.

DATED:  November 30, 2012

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge